# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| GREGORY LEE TERRY, | ] | |
| Petitioner, | ] | |
| v. | ] | CV-09-JHH-RRA-2530-NE |
| GENE MITCHELL, et al., | ] | |
| Respondents. | ] | |

## ORDER

In accordance with the Memorandum Opinion entered contemporaneously herewith, the petition for a writ of habeas corpus is hereby **DISMISSED without prejudice**.  Costs are taxed to the petitioner.

**DONE** this the ___2nd___ day of February, 2010.

_____
SENIOR UNITED STATES DISTRICT JUDGE